# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138538 & (68)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH RICHARD GOURLAY,
      Defendant-Appellant.

SC: 138538
COA: 281376
Wayne CC: 06-010876-01

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the February 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2009

_____
Clerk

d0930